# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Case No. **BKY 01-32513**

**KATHLEEN MARIE SEAR**

Debtor(s)  **Chapter 13 Case**

## ORDER FOR CHECK TO BE ISSUED FROM REGISTRY FUND ACCOUNT

On **8/8/03 & 9/17/03**, the sum of **$2,912.83** was deposited into the Registry Fund Account of the Clerk of the United States Bankruptcy Court as an uncashed dividend check payable to **KATHLEEN M SEAR** at **527 EAST ARLINGTON, ST PAUL MN 55101**.

A request for said payment has now been made by **KATHLEEN M SEAR**.

IT IS THEREFORE ORDERED:

That the Clerk of the United States Bankruptcy Court authorize the issuance of an appropriate remittance from the Registry Fund Account by the Treasury, in the sum of **$2,912.83** payable to **KATHLEEN M SEAR** at **C/O FRANKIE BURRIGHT, AMERICAN PROPERTY LOCATORS INC, 3855 S BOULEVARD STE 200, EDMOND OK 73013**.

Dated: ___June 15, 2006___

/E/ Gregory F. Kishel
_____
United States Bankruptcy Judge

02/15/93;0105.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/15/06
Lori Vosejpka, Clerk, By jrb, Deputy Clerk